UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELHAM SATAKI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROADCASTING BOARD OF )<br>GOVERNORS, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 10-0534 (CKK) |

**PLAINTIFF ELHAM SAKATI'S NOTICE OF REFILING OF ATTACHMENT #4 TO DOCKET ITEM 44 (EXHIBIT B, THIRD SWORN DECLARATION OF AFGE LOCAL 1812 PRESIDENT, TO PLAINTIFF'S MEMORANDUM AND MOTION FOR PRELIMINARY INJUNCTION)**

**NOTICE IS HEREBY** given to the Court and all parties that, Plaintiff Elham Sataki, hereby re-files the "THIRD SWORN DECLARATION OF AFGE LOCAL 1812 PRESIDENT" attached hereto. Said document was originally filed as an exhibit to Plaintiff's Memorandum And Motion For Preliminary Injunction (see Attachment #4 to Docket Item 44), but parts of that document were not legible or cut off.

June 23, 2010                                              Respectfully submitted,

                                                                    Larry Klayman, Esq.//
                                                                    D.C. Bar No. 334581
                                                                    KLAYMAN LAW FIRM
                                                                    Attorneys for Plaintiff
                                                                    2000 Pennsylvania Ave., N.W., #345
                                                                    Washington, D.C. 20006
                                                                    Tel: 310 595 0800