# FILING CASES ONLINE

**Freedom Watch PACER account**
**Login: fw1110**
**Password: ehZMpX9p**

1. Open https://ecf.dcd.uscourts.gov/cgi-bin/login.pl
2. enter Login:  klaymanl3944
          Password:  pineb=12
3. Remember to ck the box: i understand..........
4. Go to Civil on top of page, then
   - select the right one ( other filings, ....),
   - notices ( choose/select appropriate notice),
   - Submit,
   - put case #
   - Submit
   - Browse the PDF doc in your computer
   - Next
   - Select client
   - Next

**\*In the filer party select the "Plaintiff"**

After that it will show you a page that confirms the electronic filing

If need help visit the tutorial page: http://pacer.psc.uscourts.gov/cmecf/dc/

## FINDING CASES NUMBERS

GO TO QUERY, ENTER NAME OF CLIENT