UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELHAM SATAKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 10-0534 (CKK) |
| | ) |
| BROADCASTING BOARD OF GOVERNORS, *et al.* | ) |
| | ) |
| Defendants. | ) |

**ERRATA TO CORRECT NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Elham Sataki, hereby corrects the prior Notice of Voluntary Dismissal filed on July 28, 2010, by stating that she inadvertently included Count VI relating to her Privacy Act request as one of the dismissed counts. This count is not dismissed voluntarily, and should remain as a cause of action in this cause.

              Respectfully submitted,

        By:  Larry Klayman ///
           Larry Klayman, Esq.
           (DC Bar No. 334581)
           KLAYMAN LAW FIRM
           2000 Pennsylvania Avenue,
           N.W., Suite 345
           Washington, D.C. 20006
           Tel: 310-595-0800
           Email – leklayman@yahoo.com
           Attorney for Plaintiff