# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 11-5015**  September Term 2011

1:10-cv-00534-CKK

Filed On: September 7, 2011 [1328069]

Elham Sataki,

  Appellant

v.

Broadcasting Board of Governors, et al.,

  Appellees

## ORDER

  By order filed July 26, 2011, appellant was directed to show cause by August 25, 2011, why this case should not be dismissed for lack of prosecution, and it appearing that no response has been received from appellant. Upon consideration of the foregoing, it is

  **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

  The Clerk is directed to issue the mandate in this case by October 24, 2011.

         **FOR THE COURT:**
         Mark J. Langer, Clerk

      BY: /s/
         Lynda M. Flippin
         Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: /s/ Deputy Clerk